**Jerry ADAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54702.**

Missouri Court of Appeals,
Western District.

March 10, 1998.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and
HOWARD and RIEDERER, JJ.

## ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for postconviction relief.

Affirmed. Rule 84.16(b).